**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A. ARTHUR FISHER<br><br>    Plaintiff,<br>v.<br><br>2GREENENERGY, LLC et al.,<br><br>    Defendant. | Case No.:  2:21-cv-00267-CBM-JCx<br><br>**JUDGMENT   [JS-6]** |

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Preliminary Injunction, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of A. Arthur Fisher and against Defendants 2GreenEnergy and Craig Shields in the amount of $6,000 in damages, $6,600 in attorney's fees, and $746.93 in costs against Defendants.

DATED:  February 15, 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE