1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ARTHUR FISHER<br><br>     Plaintiff,<br>v.<br>2GREENENERGY, LLC et al<br><br>     Defendants. | Case No.:   2:21-cv-00267-CBM-JCx<br><br>**PERMANENT INJUNCTION** |

Consistent with the Order re: Plaintiff's Motion for Default Judgment and Permanent Injunction, IT IS HEREBY ORDERED THAT Defendants 2GreenEnergy, LLC and Craig Shields ("Defendants"), its agents, servants, employees, attorneys, and any and all persons in active concert or participation with any of them, are permanently enjoined from engaging in any of the following acts:

Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

**IT IS SO ORDERED.**

SIGNED February 15 , 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE